2023R00005/CDC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| | : | |
| v. | : | Criminal No. 23-142 (ZNQ) |
| | : | |
| | : | 8 U.S.C. §§ 1326(a) and (b)(1) |
| ENIL NOEL MELENDEZ FERMAN | : | |
| a/k/a "Enil Noel Melendez-Ferman," | : | |
| a/k/a "Enil Noel Melendaz-Ferman," | : | RECEIVED |
| a/k/a "Deni Noel Melendez-Frema," | : | |
| a/k/a "Deni Noel Melendes," | : | FEB 23 2023 |
| a/k/a "Noel Melendez," | : | |
| a/k/a "Noel Melendez-Ferman," | : | DOUGLAS E. ARPERT |
| a/k/a "Davi Melendez" | : | U.S. MAGISTRATE JUDGE |
| | : | |

**INDICTMENT**
(Illegal Reentry by a Convicted Felon)

The Grand Jury in and for the District of New Jersey, sitting at Trenton, charges:

On a date prior to on or about October 2, 2021, in Morris County, in the District of New Jersey and elsewhere, the defendant,

**ENIL NOEL MELENDEZ FERMAN,**
**a/k/a "Enil Noel Melendez-Ferman,"**
**a/k/a "Enil Noel Melendaz-Ferman,"**
**a/k/a "Deni Noel Melendez-Frema,"**
**a/k/a "Deni Noel Melendes,"**
**a/k/a "Noel Melendez,"**
**a/k/a "Noel Melendez-Ferman,"**
**a/k/a "Davi Melendez,"**

an alien who had been deported and removed and had departed the United States while an order of deportation and removal was outstanding, and whose

deportation was subsequent to a conviction for the commission of a felony, and thereafter, without the express consent of the Secretary of Homeland Security or the Attorney General of the United States to reapply for admission prior to his reembarkation at a place outside the United States, did knowingly and voluntarily enter, and on or about October 2, 2021, was found in, the United States.

In violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

A TRUE BILL

███████████████
FOREPERSON

*Philip R. Sellinger*
PHILIP R. SELLINGER
United States Attorney

2

CASE NUMBER: __23- 142(ZNQ)____

# United States District Court
# District of New Jersey

**UNITED STATES OF AMERICA**

v.

**ENIL NOEL MELENDEZ FERMAN**
a/k/a "Enil Noel Melendez-Ferman,"
a/k/a "Enil Noel Melendaz-Ferman,"
a/k/a "Deni Noel Melendez-Frema,"
a/k/a "Deni Noel Melendes,"
a/k/a "Noel Melendez,"
a/k/a "Noel Melendez-Ferman,"
a/k/a "Davi Melendez"

## INDICTMENT FOR

8 U.S.C. §§ 1326(a) and (b)(1)

A True Bill,

███████████████
Foreperson

**PHILIP R. SELLINGER**
*UNITED STATES ATTORNEY*
*NEWARK, NEW JERSEY*

CHELSEA D. COLEMAN
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
973-353-6086